# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **JASPER LEE VICK #139471,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | NO. 1:18-cv-00003 |
| ) | |
| **CORE CIVIC, et al.,** ) | **JUDGE CAMPBELL** |
| ) | **MAGISTRATE JUDGE FRENSLEY** |
|    **Defendants.** ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 142), which was filed on March 6, 2020. Through the Report and Recommendation, the Magistrate Judge recommends: (1) the Notice and Motion to Dismiss Former Tennessee Department of Correction ("TDOC") Employee Sheri Payne (Doc. No. 125) be granted, and that Defendants be ordered to identify the correct employee so that he/she may be served; and (2) the Motion to Dismiss filed by Defendant TDOC (Doc. No. 126) be granted, and that Plaintiff's claims against Defendant TDOC be dismissed with prejudice and TDOC be terminated as a defendant. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, the Notice and Motion to Dismiss Former TDOC Employee Sheri Payne (Doc. No. 125) is **GRANTED,** and Defendants are ordered to identify the correct employee so that he/she may be served;[1] and the Motion to Dismiss filed by Defendant TDOC

---

[1] On March 10, 2020, Defendant CoreCivic filed a Notice (Doc. No. 143) in response to the Magistrate Judge's Report and Recommendation.

(Doc. No. 126) is **GRANTED,** and Plaintiff's claims against Defendant TDOC are dismissed with prejudice and TDOC is terminated as a defendant.

    It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE